IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEDDY L. SPEARMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISON, et al.,

    Defendants.
                                      /

No. C 10-05383 SBA (PR)

**ORDER OF TRANSFER**

    Plaintiff, proceeding pro se, brings this action under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), complaining of deprivations of his civil rights. He has also filed an application for in forma pauperis status.

    The acts complained of occurred primarily in the United States Penitentiary - Atwater in Merced County, which lies within the venue of the United States District Court for the Eastern District of California. Defendants also reside in the Eastern District of California. Venue, therefore, properly lies in that district. 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

DATED: 12/9/10

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

**United States District Court**
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  TEDDY L SPEARMAN,

                                                Case Number: CV10-05383 SBA

5        Plaintiff,

                                                **CERTIFICATE OF SERVICE**

6   v.

7  FEDERAL BUREAU OF PRISON et al,

8        Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11
12 That on December 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
13

14

15 Teddy L. Spearman 10792-068
   United States Penitentiary
16 P.O. Box 019001
   Atwater, CA 95801
17

18 Dated: December 10, 2010

                                        Richard W. Wieking, Clerk
19                                         By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28