# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY L. SPEARMAN, | CASE NO. 1:10-cv-02320-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMMENCE DISCOVERY |
| v. | (ECF No. 9) |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Plaintiff Teddy L. Spearman ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff filed his original complaint on November 29, 2010, which is currently pending screening pursuant to 28 U.S.C. § 1915A.  (ECF No. 1.) On February 8, 2013, Plaintiff filed a motion to commence discovery pursuant to Federal Rules of Civil Procedure 26. (ECF No. 9.)

The discovery phase of this litigation is not yet open.  Plaintiff is directed to paragraph eight of the Court's First Informational Order, filed December 14, 2010.  (ECF No. 5.)  In that order, Plaintiff was specifically informed that he may not conduct discovery until Defendants file an answer and the Court issues the discovery order.

Accordingly, Plaintiff's motion to commence discovery is hereby DENIED.

IT IS SO ORDERED.

Dated:   **February 11, 2013**

UNITED STATES MAGISTRATE JUDGE

1